IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DEBRA MCCONNELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) CIVIL ACTION NO. |
| | )   2:04cv694-T |
| WESTPOINT STEVENS, | )     (WO) |
| INC., | ) |
| | ) |
|    Defendant. | ) |

### ORDER

It is ORDERED that defendant Westpoint Stevens, Inc.'s motion to stay and alternative motion to continue (Doc. no. 28) are denied.

DONE, this the 6th day of September, 2005.

                                      /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE