IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DEBRA MCCONNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:04cv694-T |
| WESTPOINT STEVENS, | ) (WO) |
| INC., | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The motion for summary judgment (Doc. No. 10), filed by defendant WestPoint Stevens, Inc., is granted as to plaintiff Debra McConnell's federal claim.

(2) Judgment is entered in favor of defendant WestPoint Stevens, Inc. and against plaintiff McConnell with regard to plaintiff McConnell's federal claim, with plaintiff McConnell taking nothing by said claim.

It is further ORDERED that plaintiff McConnell's remaining state-law claims are dismissed without prejudice pursuant to 28 U.S.C.A. § 1367.

It is further ORDERED that costs are taxed against plaintiff McConnell, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 6th day of September, 2005.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE